Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana
Division

23-01200

Case No. **SECT. G MAG. 4**
(to be filled in by the Clerk's Office)

George F. Weber

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

Department of Veterans Affairs, Inger Alston, Willie B. Martin, Fernando O. Rivera, Leonel Lecayo

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Jury Trial: *(check one)* ☒ Yes ☒ No  GFW

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

I. **The Parties to This Complaint**

A. **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: George F. Weber
Street Address: 607 Aurora Oaks Drive
City and County: New Orleans/Orleans
State and Zip Code: Louisiana 70131
Telephone Number: (504) 638-8155
E-mail Address: gfweb266@gmail.com

Fee: Pauper
Process
X Dktd
CtRmDep
Doc.No.

B. **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1
Name: Inger Alston
Job or Title *(if known)*: Human Resources Management Service Service Chief

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk
APR 07 2023
TENDERED FOR FILING

Page 1 of 7

| | |
|---|---|
| Street Address | 2900 Canal Street |
| City and County | New Orleans/Orleans |
| State and Zip Code | Louisiana 70119 |
| Telephone Number | (504) 507-2000 |
| E-mail Address *(if known)* | Inger.Alston@va.gov |

Defendant No. 2

| | |
|---|---|
| Name | Willie B. Martin |
| Job or Title *(if known)* | Supervisory Human Resources Specialist Staffing & Recruitment |
| Street Address | 2900 Canal Street |
| City and County | New Orleans/Orleans |
| State and Zip Code | Louisiana 70119 |
| Telephone Number | (504) 507-2000 |
| E-mail Address *(if known)* | Willie.Martin@va.gov |

Defendant No. 3

| | |
|---|---|
| Name | Fernando O. Rivera |
| Job or Title *(if known)* | Medical Center Director |
| Street Address | 2900 Canal Street |
| City and County | New Orleans/Orleans |
| State and Zip Code | Louisiana 70119 |
| Telephone Number | (504) 507-2000 |
| E-mail Address *(if known)* | Fernando.Rivera@va.gov |

Defendant No. 4

| | |
|---|---|
| Name | Dr. Leonel Lecayo |
| Job or Title *(if known)* | GI Clinic Manager |
| Street Address | 2900 Canal Street |
| City and County | New Orleans/Orleans |
| State and Zip Code | Louisiana 70119 |
| Telephone Number | (504) 507-2000 |
| E-mail Address *(if known)* | Leonel.Lecayo@va.gov |

C.   **Place of Employment**

The address at which I sought employment or was employed by the defendant(s) is

| | |
|---|---|
| Name | Southeast Louisiana Veterans Health Care System |
| Street Address | 2900 Canal Street |
| City and County | New Orleans/Orleans |
| State and Zip Code | Louisiana 70119 |
| Telephone Number | (504) 507-2000 |

II.   **Basis for Jurisdiction**

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

Defendant No. ~~1~~ 5
    Name    Department of Veterans Affairs
    Job or Title *(if known)*
    Street Address
    City and County
    State and Zip Code
    Telephone Number
    E-mail Address *(if known)*

Defendant No. 2
    Name
    Job or Title *(if known)*
    Street Address
    City and County
    State and Zip Code
    Telephone Number
    E-mail Address *(if known)*

Defendant No. 3
    Name
    Job or Title *(if known)*
    Street Address
    City and County
    State and Zip Code
    Telephone Number
    E-mail Address *(if known)*

Defendant No. 4
    Name
    Job or Title *(if known)*
    Street Address
    City and County
    State and Zip Code
    Telephone Number
    E-mail Address *(if known)*

Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☒ Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

☒ Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐ Other federal law *(specify the federal law)*:
Sections 501 and 505 of the Rehabilitation Act of 1973

☐ Relevant state law *(specify, if known)*:

☐ Relevant city or county law *(specify, if known)*:

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

☐ Failure to hire me.
☐ Termination of my employment.
☒ Failure to promote me.
☒ Failure to accommodate my disability.
☒ Unequal terms and conditions of my employment.
☒ Retaliation.
☒ Other acts *(specify)*: Discrimination of age, color, same race, different race, Whistle blower disclosure retaltiation, disability

*(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B. It is my best recollection that the alleged discriminatory acts occurred on date(s) 3/14/2016-8/13/2020

C. I believe that defendant(s) *(check one)*:

☐ is/are still committing these acts against me.
☒ is/are not still committing these acts against me.

D. Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

☒ race — African American
☒ color — fair skin/almost white
☐ gender/sex
☐ religion
☐ national origin
☒ age *(year of birth)* — 57 (1966) *(only when asserting a claim of age discrimination.)*
☒ disability or perceived disability *(specify disability)* — service connected/aggravated mental health disorder, irritable bowel disease, neurological

E. The facts of my case are as follows. Attach additional pages if needed.

The plaintiff was subjected discrimination based same and different race, color, age, disability and retaliation for Whistleblower disclosure. The plaintiff was subjected to workplace biases from managerial, leadership and executive staff at the Southeast Louisiana Veterans Health Care System as an employee and was targeted through his disabilities and healthcare as a patient. The plaintiff was subjected to a hostile work environment, denial of reasonable accommodations, three erroneous disciplinary actions based on the false accounts from non-credible witnesses and violation numerous Prohibited Personnel Practices and all Merit System Principles. Agency officials collaborated with one another to attack the plaintiff as an employee through his healthcare as a patient at the facility. Agency officials intentionally created circumstances to deceive and obstruct the plaintiff from competing for employment and advancement in the workplace. Agency officials abused their authority and positions in the facitlty while in the scope of performing their duties as Federal employees. Agency officials used unauthorized advantages against the plaintiff as an employee and as a patient in order to injure the employment prospects of the plaintiff which led to his detriment. Agency officials retaliated against the plaintiff because he filed complaints, grievances and appeals as an employee and a patient in the facility. Agency officials at the facility and Network/VISN 16 levels collaborated with one another to retaliate against the plaintiff to his detriment. Agency officials discriminated against the plaintiff due to conduct that did not adversely affect his job performance. The plaintiff believes that agency officials accessed his Sensitive Patient Access Records or had a second party do so on their behalf as a part of, or otherwise in furtherance of, all conduct previously mentioned in this section to portray the plaintiff in a negative light and to exacerbate and target his service-connected/aggravated illnesses and injuries (disabilities). Agency officials did not provide the plaintiff the opportunity to receive training and a non-hostile workplace to ensure that the plaintiff performed his duties at full performance level and to prepare him for advancement in the workplace.

*(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

IV. **Exhaustion of Federal Administrative Remedies**

A. It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*

8/9/2017

B. The Equal Employment Opportunity Commission *(check one)*:

☐ has not issued a Notice of Right to Sue letter.
☒ issued a Notice of Right to Sue letter, which I received on *(date)*  1/5/2023  .
*(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C. Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☒ 60 days or more have elapsed.
☐ less than 60 days have elapsed.

V. **Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

The plaintiff seeks compensatory damages and punitive damages that led to his detriment and which are applicable to Federal, state and local laws that resulted from the numerous violations, including misconduct, discrimination and abuse of their authority and positions while the plaintiff was employed as an employee of the Department of Veterans Affairs at the Southeast Louisiana Veterans Health Care System in New Orleans, Louisiana by the agency officials, the defendants, have served as the catalysts to the plaintiff's detriment. The plaintiff's service-connected/aggravated illnesses and injuries have been greatly exacerbated by the mistreatment, neglect, abuse and discrimination from the agencies to the degree that he is no longer employable. This dilemma was worsened when the plaintiff took a position with the VISN 16 Special Staffing Unit which was offered as a HR Specialist position (promotion) and immediate telework so he could advance in the workplace and so he could get out of the facility where he experienced so many violations and injustices. The plaintiff was reassigned to VISN 16 as a HR Specialist, but he did not receive a promotion or the telework assignment. The plaintiff experienced further retaliation from VISN 16 managerial and leadership staff from 8/14/2020 to his removal date, 5/20/2022, which was based on Excessive Absenteeism. The plaintiff was removed because the SLVHCS Medical Center Director and GI Clinic Manager collaborated with the VISN 16 managerial, leadership and executive agency officials to deny the plaintiff the medical certifications needed to renew his FMLA and to grant Reasonable Accommodations to telework even though the position was a telework position for all other HR Specialists unless they opted to work on-site at a VA facility near their home. The plaintiff was forced to withdraw his TSP, minus his TSP loan balance that he used to make repairs to his home following Hurricane Ida, to survive until he received his 100% disabled VBA rating in July 2022. The plaintiff contacted the agency officials in his direct chain of command on the day of his removal to request assistance from the with completing the personnel sections of the SF3112 so he could apply for disability retirement. The plaintiff received no assistance or reply, so his disability retirement package was not completed by the VISN 16 RSSO and his case was terminated. The plaintiff was not allowed to collect unemployment benefits because agency officials told the Mississippi Department of Employment Services that the plaintiff had disabilities and he could not work. Just recently, a staffing agency reviewed the plaintiff's profile on LinkedIn and offered him two one year appointments for HR Specialist positions with Entergy making $50/per hour, but agency officials told them that the plaintiff had disabilities and could not work when they were contacted regarding his employment with VISN 16. The plaintiff requests a settlement of $1,500,000.00 for past, present and future damages and detriment.

## VI.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.   For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 4/7/23

Signature of Plaintiff: *George F. Weber*

Printed Name of Plaintiff: George F. Weber

**B.**     **For Attorneys**

Date of signing: _____

| | |
|---|---|
| Signature of Attorney | _____ |
| Printed Name of Attorney | _____ |
| Bar Number | _____ |
| Name of Law Firm | _____ |
| Street Address | _____ |
| State and Zip Code | _____ |
| Telephone Number | _____ |
| E-mail Address | _____ |